IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN M. RENTZELL, | |
| Plaintiff, | 4:17CV3037 |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1. Plaintiff's unopposed Motion for Enlargement of Time (Filing No. 18) to file a brief in support of his Motion for Order Reversing the Commissioner's decision (Filing No. 17) is granted;

2. Plaintiff's brief in support of his Motion for Order Reversing the Commissioner's decision (Filing No. 17) shall be filed on or before October 2, 2017;

3. The Commissioner shall file a motion for an order affirming the Commissioner's decision, or granting other relief, with supporting brief on or before November 1, 2017; and

4. Plaintiff may file a reply brief on or before November 15, 2017, after which this matter shall be considered submitted for decision.

DATED this 1st day of September, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge